No. 668. FRANK A. HARRIGAN, TRUSTEE, ETC. *v.* LOUIS J. BERGDOLL, NOW KNOWN AS LOUIS J. BERGSON. November 17, 1924. Petition for a writ of certiorari to the

Supreme Court of the State of Pennsylvania granted. *Mr. Joseph W. Catharine* for petitioner. *Mr. Walter B. Gibbons* and *Mr. Harry C. Kohlhas, Jr.,* for respondent.